UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 17-253 (MJD/BRT) |
| Plaintiff, | |
| v. | |
| David Kline,<br>*aka B* | **Order** |
| Defendant. | |

Nathan Hoye Nelson, Esq., Assistant United States Attorney, counsel for Plaintiff.

Kassius O. Benson, Esq., Kassius Benson Law, PA, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated February 23, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Tangible Evidence Obtained as a Result of Execution of Search Warrant on Defendant's Residence (Doc. No. 55) is **DENIED**; and

2. Defendant's Motion to Suppress Statements (Doc. No. 56) is **DENIED**.

Date: March 12, 2018

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge