UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-253(1) (MJD/BRT)

UNITED STATES OF AMERICA,

        Plaintiff,                  **ORDER**

v.

DAVID KLINE,

        Defendant.

This matter is before the Court on the Government's Motion for an Extension of Time to File Response to Defendant's Motion for Reduction in Sentence.

The Court finds that the government has demonstrated good cause for this motion. Accordingly, IT IS HEREBY ORDERED that the Government's Motion for an Extension of Time to File Response to Defendant's Motion for Reduction in Sentence is granted. The government's response shall be filed on or before February 22, 2022.

Dated:  February 8, 2022                  /s Michael J. Davis
                                                MICHAEL J. DAVIS
                                                UNITED STATES DISTRICT COURT